Timothy B. Del Castillo (State Bar No. 277296)
Kent L. Bradbury (State Bar No. 279402)
CASTLE LAW: CALIFORNIA EMPLOYMENT COUNSEL, PC
2999 Douglas Blvd., Suite 180
Roseville, California 95661
Telephone:   (916) 245-0122
Email: tdc@castleemploymentlaw.com
Email: kb@castleemploymentlaw.com

Attorneys for Plaintiff
SHERISE PRATT

James H. Berry, Jr. (State Bar No. 075834)
Kate LaQuay (State Bar No. 178250)
LANDAU LAW LLP
1880 Century Park East, Suite 1101
Los Angeles, California  90067
Telephone:   (310) 557-0050
Facsimile:   (310) 557-0056
Email: jberry@Landaufirm.com
Email: klaquay@Landaufirm.com

Attorneys for Defendant
BOTTLING GROUP, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHERISE PRATT, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>BOTTLING GROUP, LLC; DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-00300-KJM-KJN<br><br>[Removal from Superior Court of California, County of Sacramento No. 34-2020-00289429-CU-WT-GDS]<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER THEREON**<br><br>Fed. R. Civ. Proc. 41(a)(1)(A)(ii) |

Case No. 2:21-cv-00300-KJM-KJN

**STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER THEREON**

Plaintiff Sherise Pratt ("Plaintiff") and defendant Bottling Group, LLC ("BGLLC"), by and through their undersigned counsel, hereby enter into the following stipulation:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed, with prejudice, in its entirety. The parties each shall bear their respective costs and attorneys' fees.

DATED: May 28, 2021          Respectfully submitted,

CASTLE LAW: CALIFORNIA
EMPLOYMENT COUNSEL, PC
Timothy B. Del Castillo
Kent Bradbury

By /s/ *Timothy B. Del Castillo* as authorized on 5/28/21
Timothy B. Del Castillo
Attorneys for Plaintiff SHERISE PRATT

DATED: May 28, 2021          LANDAU LAW LLP
James H. Berry, Jr.
Kate LaQuay

By /s/ *James H. Berry, Jr.*
James H. Berry, Jr.
Attorneys for Defendant BOTTLING GROUP, LLC

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2021

_____
KIMBERLY J. MUELLER, CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 2 -   Case No. 2:21-cv-00300-KJM-KJN

**STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER THEREON**